# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

WILLIAM WALTERS,

*Plaintiff*

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 1:14-CV-3147-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on a motion for Summary Judgment ECF No. 21.

Date: June 15, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer